JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIO C., | Case No. 8:25-cv-00845-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

.

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: August 26, 2025

_____
KAREN E. SCOTT
United States Magistrate Judge

1